1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   CARI OLSON, | CASE NO. 11 CV 1326 MMA (WMC) |
| 12                            Plaintiff, | |
| 13           vs. | **ORDER GRANTING JOINT MOTION TO REMAND** |
| 14 | [Doc. No. 11] |
| 15 | **DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT;** |
| 16 | |
| 17 | [Doc. No. 5] |
| 18   GMAC MORTGAGE, LLC and DOES 1 | **DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AS MOOT;** |
| 19   through 10, Inclusive, | |
| 20                            Defendant. | [Doc. No. 8] |
| 21 | **DENYING PLAINTIFF'S MOTION TO REMAND AS MOOT** |
| 22 | |
| 23 | [Doc. No. 9] |

24          Defendant GMAC Mortgage, LLC removed this matter from the Superior Court of the State

25    of California, County of San Diego and promptly thereafter filed a Motion to Dismiss Plaintiff Cari

26    Olson's complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

27    [Doc. No. 5].  In response, Plaintiff filed a motion for leave to file a second amended complaint and

28    a motion to remand to state court.  [Doc. Nos. 8, 9.]  On July 21, 2011, while the three

1   aforementioned motions were pending, the parties filed a Joint Motion to remand this matter to state

2   court.

3         Upon due consideration, and good cause appearing, the Court **GRANTS** the parties' Joint

4   Motion and **REMANDS** this case to the Superior Court of the State of California, County of San

5   Diego (case number 37-2009-00060848-CU-OR-NC).  Each party shall bear its own fees and costs

6   in connection with this removal.

7         **IT IS FURTHER ORDERED** that Defendant's motion to dismiss the complaint [Doc. No.

8   5], Plaintiff's motion for leave to file a second amended complaint [Doc. No. 8], and Plaintiff's

9   motion to remand [Doc. No. 9], are **DENIED AS MOOT.**  The Clerk of Court is instructed to

10   terminate the case file.

11         **IT IS SO ORDERED**.

12

13   DATED:  July 21, 2011

14                           Hon. Michael M. Anello

15                           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

11cv1326